[Cite as *Reynolds v. Correctional Med. Ctr.*, 2010-Ohio-2037.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JERRY LEE REYNOLDS

    Plaintiff

    v.

CORRECTIONAL MEDICAL CENTER

    Defendant

    Case No. 2009-09582-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On December 18, 2009, plaintiff, Jerry Lee Reynolds, filed a complaint against defendant, Correctional Medical Center. On January 12, 2010, plaintiff submitted a letter stating he wished his case to be dismissed since his property had been returned. Plaintiff's letter is considered a motion for voluntary dismissal and is GRANTED. Plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Jerry Lee Reynolds, #283-281        Correctional Medical Center
1990 Harmon Avenue        1990 Harmon Avenue
Columbus, Ohio  43223        Columbus, Ohio  43223

DRB/laa
Filed 1/22/10
Sent to S.C. reporter 5/7/10